FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 31, 2024

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| KINSALE INSURANCE COMPANY, a foreign insurer,<br><br>　　　　　Plaintiff,<br><br>　　　　　v.<br><br>JAMES JAMESON as Personal Representative of the ESTATE OF PAULA "POLLY ANNE" BURLAND by and through the Estate of Jennifer Hammel; JAMES JAY, individually; PHYLLIS JAY as Personal Representative of the ESTATE OF JENNIFER HAMMEL; WILLIAM ROSS JR and JANE DOE ROSS, individually and the martial community comprised thereof; SPOKANE CONCRETE LLC, a Washington Limited Liability Company; DANIEL ROBINSON, an individual, COLT MCINTYRE, an individual,<br><br>　　　　　Defendants. | No.  2:23-CV-00272-SAB<br><br>**ORDER OF DISMISSAL** |

Previously, the parties notified the Court that they had settled this action.

**ORDER OF DISMISSAL** ~ 1

They now stipulate and agree that this matter may be dismissed with prejudice and without recovery to any party.

Accordingly, **IT IS HEREBY ORDERED**:

1. Pursuant to the parties' Stipulation, the above-captioned case is **DISMISSED**, with prejudice and without recovery to any party.

**IT IS SO ORDERED**. The District Court Executive is hereby directed to file this Order, provide copies to counsel, and **close** the file.

**DATED** this 31st day of May 2024.



Stanley A. Bastian
Chief United States District Judge

**ORDER OF DISMISSAL ~ 2**